**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6035**

———————

CHARLES ALLAN KIMMER,

                                        Petitioner - Appellant,

        versus

ERNEST SUTTON,

                                        Respondent - Appellee.


———————

**No. 01-7116**

———————

CHARLES ALLAN KIMMER,

                                        Petitioner - Appellant,

        versus

ERNEST SUTTON,

                                        Respondent - Appellee.


———————

Appeals from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge; Russell A. Eliason, Magistrate Judge. (CA-00-967-1)

———————

Submitted:  November 20, 2001        Decided:  December 12, 2001

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles Allan Kimmer, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Allan Kimmer seeks to appeal the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). Kimmer's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Kimmer that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Kimmer failed to object to the magistrate judge's recommendation.

The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Kimmer has waived appellate review by failing to file objections after receiving proper notice. In addition, Kimmer's challenges to the magistrate judge's pre-judgment orders of December 14, 2000, and February 9, 2001, are without merit.

We accordingly deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and

3

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED